No. 3:14-cv-01061

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

──────────◆──────────

**O Corp Corporation (f/k/a Oreck Corporation) and O Merchandising, LLC (f/k/a Oreck Merchandising, LLC),**
*Appellants*,

v.

**Royal Appliance Mfg. Co. and OAC Acquisition Company LLC,**
*Appellees.*

──────────◆──────────

On Appeal from the United States Bankruptcy Court
for the Middle District of Tennessee, Chapter 11, Case No. 13-04006,
Adv. Pro. No. 13-ap-90482, Judge Lundin

──────────◆──────────

## APPELLANTS' MOTION FOR LEAVE TO FILE REPLY

──────────◆──────────

> Motion GRANTED with a 15-page limit.

William L. Norton, III
Thor Y. Urness
Alexandra E. Dugan
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone (615) 244-2582
Facsimile (615) 252-6380

COUNSEL FOR APPELLANTS