## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| O CORP CORPORATION, f/k/a Oreck Corporation, and O MERCHANDISING, LLC, f/k/a Oreck Merchandising, LLC, ) ) ) ) | |
| Appellants, ) ) | |
| v. ) ) | Civil No. 3:14-1061 Judge Trauger |
| ROYAL APPLIANCE MFG. COMPANY, and OAC ACQUISITION COMPANY, LLC, ) ) ) | |
| Appellees. ) | |

**O R D E R**

It is hereby **ORDERED** that the Appellants' Motion For Leave to File Reply to Appellees' Sur-Reply is **GRANTED**, but its request for oral argument, contained within the same filing (Docket No. 20), is **DENIED**.

It is so **ORDERED**.

ENTER this 20th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge